U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

DEC 1 2 2008

ROBERT H. SHEMWELL, CLERK
BY _____
  DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DAVID M. RATCLIFF | : | DOCKET NO. 2:08-cv-426 |
| VS. | : | JUDGE TRIMBLE |
| JOE KEEFER | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the petition for writ of *habeas corpus* be DENIED AND DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 12 day of December, 2008.

JAMES T. TRIMBLE
UNITED STATES DISTRICT JUDGE